IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT KNOXVILLE
Assigned on Briefs May 21, 2003

**STATE OF TENNESSEE v. ALORRA D. PUCKETT**

**Direct Appeal from the Criminal Court for Hamilton County**
**No. 238682    Douglas A. Meyer, Judge**

**No. E2002-01959-CCA-R3-CD**
**July 9, 2003**

JOE G. RILEY, J., dissenting.

Although the issue is indeed close, I believe the stop was lawful. The officer observed three driving irregularities on a straight highway within a relatively short period of time, one of which occurred prior to activation of the videotape. Thus, I believe the facts here are distinguishable from the cases relied upon by the majority and are more similar to State v. Gary S. Greve, No. E2002-00999-CCA-R3-CD, 2003 Tenn. Crim. App. LEXIS 255 (Tenn. Crim. App. Mar. 27, 2003, at Knoxville), in which we upheld the stop.

JOE G. RILEY, JUDGE